**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| LINDIE MALLORY,<br><br>          Plaintiff,<br><br>   v.<br><br>LOWES HOME CENTERS, LLC,<br><br>          Defendant. | Case No. 23-cv-01230-BLF<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

The parties filed a joint notice of settlement on October 16, 2023, advising that the case has settled and that a stipulation for voluntary dismissal would be filed within 60 days. *See* Notice of Settlement, ECF 20. The Court vacated all dates, administratively closed the case, and directed the parties to file a stipulated dismissal or status report by December 15, 2023. *See* Order, ECF 21. At the parties' request, the Court extended the deadline for dismissal of the case to February 16, 2024 and again to April 19, 2024. *See* Orders, ECF 23, 25. The parties have not filed a stipulated dismissal and have not explained the lengthy delay in doing so.

Plaintiff is ORDERED TO SHOW CAUSE, in writing and by June 21, 2024, why this case should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: June 12, 2024

                                                                                      _____<br>
                                                                                      BETH LABSON FREEMAN<br>
                                                                                      United States District Judge